UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10516-MLW

THOMAS JAMES JADLOWE

      Plaintiff

v.

TOWN OF DARTMOUTH, LEONARD GONSALVES, MICHAEL J. GAGNE, DONALD A. PERRY, SCOTT E. SILVIA, JOEL S. REED and JEANNE E. LENTINI,

      Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1

     Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for defendants Town of Dartmouth, Leonard Gonsalves, Michael J. Gagne, Donald A. Perry, Scott E. Silvia, and Joel S. Reed (collectively, the "Dartmouth defendants"), hereby certifies that she conferred with plaintiff's counsel in regard to the Dartmouth Defendants' Motion For Enlargement. As a result of said conferral, plaintiff assented to said motion.

DARTMOUTH DEFENDANTS,

Through special appearance of counsel,

/s/Jackie Cowin
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

248379/DART/0004