UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10516-MLW

THOMAS JAMES JADLOWE,

    Plaintiff

v.

TOWN OF DARTMOUTH, LEONARD GONSALVES, MICHAEL J. GAGNE, DONALD A. PERRY, SCOTT E. SILVIA, JOEL S. REED and JEANNE E. LENTINI,

    Defendants

ASSENTED - TO MOTION
FOR ENLARGEMENT

    Now come defendants Town of Dartmouth, Leonard Gonsalves, Michael J. Gagne, Donald A. Perry, Scott E. Silvia, and Joel S. Reed (collectively, the "Dartmouth defendants"), through special appearance of the undersigned counsel, and pursuant to Fed.R.Civ.P. 6(b) hereby request an enlargement of time of the period within which they must answer or otherwise respond to the Complaint for a period of thirty (30) days up to, and including May 11, 2005.

    As grounds therefor, the Dartmouth defendants state that the requested enlargement is necessary to confirm service issues, and to provide a reasoned response, through answer or dispositive motion, to the Complaint. As further grounds therefor, the Dartmouth defendants state that the plaintiff has assented to this motion.

    DARTMOUTH DEFENDANTS,

    Through special appearance of counsel,

    /s/ Joseph L. Tehan, Jr.
    Joseph L. Tehan, Jr. (BBO # 494020)
    Jackie Cowin (BBO# 655880)
    Kopelman and Paige, P.C.
    31 St. James Avenue
    Boston, MA  02116
    (617) 556-0007

248319/DART//0004