# UNITED STATES DISTRICT COURT

_____ District of _____

Thomas James Jadlowe

        V.

The Town of Dartmouth
Leonard Gonsalves
Michael J. Gagne
Donald A. Perry
Scott E. Sylvia
Joel S. Reed
Jeanne E. Lentini

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Leonard Gonsalves
51 Gidley Town Road
North Dartmouth, MA 02747

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)




an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


SARAH A. THORNTON

CLERK _____   DATE _____

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 24, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Russell J. Finstram Jr. | Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 51 Gridley Town Rd
   N. Pembroke, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/24/05
              Date

Signature of Server

P.C. 900 W. Wareham, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.