# UNITED STATES DISTRICT COURT

District of _____

_____

Thomas James Jadlowe

　　　　V.

The Town of Dartmouth
Leonard Gonsalves
Michael J. Gagne
Donald A. Perry
Scott E. Sylvia
Joel S. Reed
Jeanne E. Lentini

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 10516 REK

TO: (Name and address of Defendant)

Scott E. Sylvia,
51 East Avenue
Dartmouth, Massachusetts 02748

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 18 2005

CLERK　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | March 25, 2005 |
| NAME OF SERVER (PRINT) Russell P. LaFlamme Jr. | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 51 Post Avenue, Pawtucket RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/25/05
         Date

Signature of Server

_____ Madison, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.