# UNITED STATES DISTRICT COURT

_____   District of   _____

Thomas James Jadlowe

**SUMMONS IN A CIVIL CASE**

V.

The Town of Dartmouth
Leonard Gonsalves
Michael J. Gagne
Donald A. Perry
Scott E. Sylvia
Joel S. Reed
Jeanne E. Lentini

CASE NUMBER:

TO: (Name and address of Defendant)

Town of Dartmouth
C/O Town Clerk
Municipal Bldg.
400 Slocum Rd.,
Dartmouth, MA 02747

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)


an answer to the complaint which is herewith served upon you, within _Twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK                                    DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: March 25, 2005 |
| NAME OF SERVER (PRINT): Russell F. Tutkham Jr | TITLE: Constable |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where served: 400 Sherman Rd, Dartmouth

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL: $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/25/05
Signature of Server: [signature]
Address of Server: P.O. 400 W. Wareham, MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.