UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10516-MLW

| | |
|---|---|
| THOMAS JAMES JADLOWE,<br><br>             Plaintiff<br>v.<br><br>TOWN OF DARTMOUTH, LEONARD GONSALVES, MICHAEL J. GAGNE, DONALD A. PERRY, SCOTT E. SILVIA, JOEL S. REED and JEANNE E. LENTINI,<br><br>             Defendants | CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULE 7.1(A)(2) |

   Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned hereby certifies that on May 9, 2005, she conferred regarding Defendants Town of Dartmouth, Leonard Gonsalves, Michael J. Gagne, Donald A. Perry, Scott E. Silvia and Joel S. Reed (the "municipal defendants") Motion to Dismiss with plaintiff's counsel by leaving a detailed voice mail message.  No response was received.

                                                            MUNICIPAL DEFENDANTS

                                                            By their attorneys,


                                                            /s/ Joseph L. Tehan, Jr.
                                                            Joseph L. Tehan (BBO# 494020)
                                                            Jackie Cowin (BBO# 655880)
                                                            Kopelman and Paige, P.C.
                                                            31 St. James Avenue
                                                            Boston, MA 02116
                                                            (617) 556-0007

250770/DART/0004