UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10516-MLW

| | |
|---|---|
| THOMAS JAMES JADLOWE,<br><br>            Plaintiff<br>v.<br><br>TOWN OF DARTMOUTH, LEONARD GONSALVES, MICHAEL J. GAGNE, DONALD A. PERRY, SCOTT E. SILVIA, JOEL S. REED and JEANNE E. LENTINI,<br><br>            Defendants | DEFENDANTS TOWN OF DARTMOUTH, LEONARD GONSALVES, MICHAEL J. GAGNE, DONALD A. PERRY, SCOTT E. SILVIA, AND JOEL S. REED'S (THE "MUNICIPAL DEFENDANTS") MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(1) AND 12(b)(6) |

Now come the defendants, Town of Dartmouth, Leonard Gonsalves, Michael J. Gagne, Donald A. Perry, Scott E. Silvia and Joel S. Reed (collectively, the "municipal defendants") and hereby move, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), that this Honorable Court dismiss all claims against them (Counts I and II). As grounds therefor, the municipal defendants state that this Court lacks subject matter jurisdiction to hear the claims set forth in Counts I and II, and, further, that Counts I and II fail to state a claim upon which relief may be granted. As further grounds therefor, the municipal defendants rely on the accompanying Memorandum.

WHEREFORE, the municipal defendants respectfully request that this Court dismiss all claims against them (Counts I and II).

MUNICIPAL DEFENDANTS

By their attorneys,

/s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.,
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

250755/DART/0004