```
THOMAS JAMES JADLOWE,           )
     Plaintiff(s),              )
                                )
     v.                         )    C.A. No. 05-10516-MLW
                                )
TOWN OF DARTMOUTH, et al        )
     Defendant(s)               )
```

## ORDER

WOLF, D.J.                                             August 11, 2005

The parties in this case were asked whether they would consent to reassignment of this case for all purposes to Magistrate Judge Sorokin, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Neither party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Chief Magistrate Judge Sorokin for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT