UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket no. 2005 CV 10516 REK

THOMAS JAMES JADLOWE

V.

THE TOWN OF DARTMOUTH
LEONARD GONSALVES
MICHAEL J. GAGNE'
DONALD A. PERRY
SCOTT E. SILVIA
JOEL S. REED
JEANNE E. LENTINI

### MOTION TO AMEND TWO TYPOGRAPHICAL ERRORS PRIOR TO ARGUMENT ON THE MOTON TO DISMISS

In preparing for the oral argument on this motion the Plaintiff notes that there are erroneous dates in the Complaint in this action and moves to amend those dates to conform to the facts as alleged.

Paragraph 9 line 12 the date October 26, 2003 should be October 26, 1993.

Paragraph 24 line 5-6 the date October 26, 2003 should be October 26, 1993.

The Plaintiff
By his attorney

_____
Donald J. Fleming, Esq.
86 Church Street
Mattapoisett, MA 02739
BBO# 171460
Tel 508 758 6982 Fax 598 758 3406