LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
JASON R. TALERMAN
GEORGE X. PUCCI
WILLIAM HEWIG III
JEANNE S. McKNIGHT
LAUREN F. GOLDBERG
MICHELE E. RANDAZZO

JANET HETHERWICK PUMPHREY
DIRECTOR WESTERN OFFICE

# KOPELMAN AND PAIGE, P. C.

ATTORNEYS AT LAW

101 ARCH STREET

BOSTON, MA 02110-1109

(617) 556-0007
FAX (617) 654-1735
———

LENOX OFFICE
(413) 637-4300
———

NORTHAMPTON OFFICE
(413) 585-8632
———

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. MCENANEY
KATHARINE I. DOYLE
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
BRIAN M. MASER
CAROLYN KELLY MacWILLIAM
ANNE C. ROSENBERG
PETER L. MELLO
KATHERINE D. LAUGHMAN
JEFFERY D. UGINO

June 9, 2006

Honorable Leo T. Sorokin
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:    Thomas James Jadlowe, et al. v. Town of Dartmouth, et al.
       U.S. District Court C.A. No. 05-10516MLW

Dear Judge Sorokin:

This office represents the defendants in the above-captioned matter. Please consider this a Status Report, per the Court's order of April 10, 2006.

We have recently requested a settlement demand from plaintiff's counsel, which he agreed to provide. However, the defendants anticipate that this case will need to proceed with discovery and, therefore, respectfully suggest that the Status Conference scheduled for June 19, 2006, proceed as a Rule 16.1 Scheduling Conference.

We further recommend that discovery be phased, pursuant to Local Rule 26.3, with the first phrase limited to discovery of information related to plaintiff's alleged damages, based on information we recently learned from the U.S. Attorney's Office related to this case. To that end, we intend to submit a proposed Scheduling Statement incorporating a phased discovery schedule (after conference with plaintiff's counsel), prior to the June 19, 2006 Conference.

**KOPELMAN AND PAIGE, P.C.**

Honorable Leo T. Sorokin
June 9, 2006
Page 2


       Thank you for your attention to this matter.

                            Very truly yours,

                            Jackie Cowin

JC/cmt
cc:    Peter Roxo (MAS #232931)
       Matthew Leeds
       Donald Fleming, Esq.
284427/METG/0657


**CERTIFICATE OF SERVICE**

       I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Jackie Cowin