UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10516-LTS

THOMAS JAMES JADLOWE,

       Plaintiff

v.

TOWN OF DARTMOUTH, LEONARD
GONSALVES, MICHAEL J. GAGNE,
DONALD A. PERRY, SCOTT E. SILVIA,
JOEL S. REED and JEANNE E. LENTINI,

       Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)

      Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for the municipal defendants hereby certifies that she conferred with plaintiff's counsel regarding said defendants' Motion for Partial Summary Judgment by sending a facsimile regarding same at the start of business on March 26, 2007.  As of the filing of the Motion, no response was received.

                                         COUNSEL FOR MUNICIPAL
                                         DEFENDANTS

                                         /s/Jackie Cowin
                                         Jackie Cowin (BBO# 655880)
                                         Kopelman and Paige, P.C.
                                         101 Arch Street
                                         Boston, MA 02110
                                         (617) 556-0007

310652/METG/0657