UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10516-LTS

THOMAS JAMES JADLOWE,

    Plaintiff

v.

TOWN OF DARTMOUTH, LEONARD GONSALVES, MICHAEL J. GAGNE, DONALD A. PERRY, SCOTT E. SILVIA, JOEL S. REED and JEANNE E. LENTINI,

    Defendants

MUNICIPAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

    Now come the municipal defendants, Town of Dartmouth, Leonard Gonsalves, Michael J. Gagne, Donald A. Perry, Scott E. Silvia, and Joel S. Reed, and hereby move, pursuant to Fed.R.Civ.P. 56(b), for partial summary judgment in the above-captioned matter. Specifically, said defendants seek a ruling that, should plaintiff prevail on the ultimate issue of liability, his recovery is to be limited to the period between March 19, 2002 and November 30, 2003 as against the individual defendants, and between November 24, 2003 and November 30, 2003 as against the Town (said dates being the time during which plaintiff maintained an actual interest in the property that is the subject of this dispute), and, further, that he may recover a maximum of $8,200 in damages.

    As grounds therefor, the municipal defendants state that 1) there exists no genuine issue of fact as to the time span in which plaintiff held an interest in the subject property; 2) there exists no genuine issue of fact as to the damages that might have been caused by the defendants' allegedly wrongful conduct during that period; and 3) the defendants are entitled to judgment in their favor as a matter of law on these issues. As further grounds therefor, the defendants rely on

the attached Local Rule 56.1 Statement of Material Facts of Record as to which There is No Genuine Issue to be Tried, and the attached supporting memorandum of law.

WHEREFORE, the municipal defendants respectfully request that this Court enter partial judgment in their favor in the form set forth above.

MUNICIPAL DEFENDANTS

By their attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street, 12th floor
Boston, MA 02110
(617) 556-0007

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Jackie Cowin

310591/METG/0657