UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket no. C.A. NO. 05-10516-LTS

THOMAS JAMES JADLOWE

V.

THE TOWN OF DARTMOUTH
LEONARD GONSALVES
MICHAEL J. GAGNE'
DONALD A. PERRY
SCOTT E. SILVIA
JOEL S. REED
JEANNE E. LENTINI

### PLAINTIFF'S MOTION TO CONTINUE THE HEARING ON THE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff attorney has suffered what has been diagnosed as food poisoning over the weekend, and that condition has resulted in rectal bleeding and fatigue.

Plaintiff therefore moves that the hearing on the motion be continued until after June 4, 2006; as the Plaintiff's counsel is scheduled for a follow up examination on June 2, 2007.

Plaintiff's attorney called Attorney Tehan and has left a voice mail message with him but has not heard from him. The telephone call was made about 1:15 pm after the medical examination.

The Plaintiff
By his attorney

_____
Donald J. Fleming, Esq.
86 Church Street
Mattapoisett, MA 02739
BBO# 171460
Tel 508 758 6982 Fax 598 758 3406

1

**Certificate of service**
A copy of this motion was faxed to counsel of record by sending a fax copy to:

Joseph L. Tehan Jr. , Esq.
Kopelman and Paige,PC
12th Floor
101 Arch
Boston, MA 02110

617-556-0007
Fax: 617-654-1735

| _s/Donald J. Fleming_ | 5/21/07 |
|---|---|
| Donald J. Fleming | date |

THE LAW OFFICE OF<br>
DONALD J. FLEMING<br>
86 CHURCH STREET<br>
MATTAPOISETT, MA 02739<br>
TEL 508 758 6982   FAX 508 758 3406

May 21, 2007

Maria Simeone, Asst. Clerk
US District Ct
1 Courthouse Way
Boston, MA 02210

617-748-9159
Fax: 617-748-9096

Re: Jadlowe v Town of Darmouth
Docket 2005 CV 10516

Dear Mr. O'Leary:

Enclosed please find the Plaintiff's motion for a continuance of the hearing on the Defendants' Motion for Partial Summary Jury.

Sincerely yours,

Donald J. Fleming