

# KOPELMAN AND PAIGE, P.C.
*The Leader in Municipal Law*

101 Arch Street
Boston, MA 02110
T: 617.556.0007
F: 617.654.1735
www.k-plaw.com

October 3, 2007

**Jackie Cowin**
jcowin@k-plaw.com

Honorable Leo T. Sorokin
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  Thomas James Jadlowe, et al. v. Town of Dartmouth, et al.
     U.S. District Court C.A. No. 05-10516-LTS

Dear Judge Sorokin:

Please consider this a Status Report on the above-captioned matter, per the Court's order of June 11, 2007. The parties were to report to the Court regarding the status of three related proceedings, including: (1) a criminal matter involving plaintiff's son; (2) an abutter's Superior Court appeal of a special permit granted to plaintiff by the defendants; and (3) the plaintiff's appeal to the state Appeals Court of a Superior Court decision related to a stop-work order issued by the defendants. On June 11, 2007, this Court stayed the instant matter pending developments in these related proceedings.

As to the criminal case, which is being tried in the U.S. District Court, see No. 1:05-cr-10306-RGS, plaintiff's son (Marc Jadlowe) has filed a Motion to Suppress certain evidence. The motion was heard on September 19, 2007, with supplemental briefings to be filed by November 2. No trial date has been set.

As to the abutter's Superior Court appeal, the Superior Court has remanded the matter (i.e. the granting of a special permit to Thomas Jadlowe) to the Town of Dartmouth's Zoning Board of Appeals to provide more detailed findings supporting the permit grant. The Board has not yet taken up the matter.

With respect to the plaintiff's appeal of the Superior Court decision related to the stop-work order, plaintiff's counsel has obtained the transcripts of the lower court proceedings and expects to be filing same with the Appeals Court shortly.

As none of the above proceedings have substantially progressed, the parties do not view a need for the status conference that is presently scheduled for October 12, 2007 in the instant case. Instead, the parties respectfully request that the Court continue to stay this matter, and set a further date for a status report as to the related proceedings.

**KOPELMAN AND PAIGE, P.C.**

Honorable Leo T. Sorokin
October 3, 2007
Page 2

    Thank you for your attention to this matter.

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| /s/ Donald M. Fleming /jc | /s/ Jackie Cowin |
| Donald M. Fleming, Esq. (BBO#) | Jackie Cowin (BBO# 655880) |
| 86 Church Street | Kopelman and Paige, P.C. |
| Mattapoisett, MA 02739 | 101 Arch Street, 12th Floor |
|  | Boston, MA 02110 |
|  | (617) 556-0007 |

327228/METG/0657