

# KOPELMAN AND PAIGE, P.C.
*Attorneys at Law*

101 Arch Street
Boston, MA 02110
T: 617.556.0007
F: 617.654.1735
www.k-plaw.com

February 7, 2008

**Jackie Cowin**
jcowin@k-plaw.com

Honorable Leo T. Sorokin
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Thomas James Jadlowe, et al. v. Town of Dartmouth, et al.
      U.S. District Court C.A. No. 05-10516-LTS

Dear Judge Sorokin:

Please consider this a Status Report on the above-captioned matter, per the Court's directive of January 7, 2008. I was to report to the Court regarding the status of settlement negotiations.

The plaintiff has issued a settlement demand, which the defendants are presently considering. The parties request that the Court delay further action for 21 days, to allow the parties to continue negotiations. I will report back to the Court on or before February 28, 2008 as to the outcome of said negotiations.

Thank you for your attention to this matter.

Very truly yours,

*Jackie Cowin*

Jackie Cowin

JC/cmt
cc:   Donald M. Fleming, Esq.
337754/METG/0657

Boston   •   Worcester   •   Northampton   •   Lenox