UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10516-MLW

THOMAS JAMES JADLOWE,

    Plaintiff

v.

TOWN OF DARTMOUTH, LEONARD GONSALVES, MICHAEL J. GAGNE, DONALD A. PERRY, SCOTT E. SILVIA, JOEL S. REED and JEANNE E. LENTINI,

    Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please add my appearance as attorney for defendants Town of Dartmouth, Leonard Gonsalves, Michael J. Gagne, Donald A. Perry, Scott E. Silvia, and Joel S. Reed in the above-captioned action.

MUNICIPAL DEFENDANTS,

By their attorney,

/s/ Jackie Cowin
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110
(617) 556-0007

339914/METG/0657