**KOPELMAN AND PAIGE, P.C.**
*Attorneys at Law*

101 Arch Street
Boston, MA 02110
T: 617.556.0007
F: 617.654.1735
www.k-plaw.com

March 3, 2008

**Jackie Cowin**
jcowin@k-plaw.com

Honorable Leo T. Sorokin
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Thomas James Jadlowe, et al. v. Town of Dartmouth, et al.
      U.S. District Court C.A. No. 05-10516-LTS

Dear Judge Sorokin:

   Please consider this a further Status Report on settlement negotiations in the above-captioned matter.

   The defendants have made a counter-proposal to plaintiff's initial settlement demand, which the plaintiff is presently considering. The parties request that the Court continue to delay further action on this matter to allow them to negotiate. I will report back to the Court on or before March 28, 2008 as to the status of negotiations.

   Thank you for your attention to this matter.

                                       Very truly yours,

                                       Jackie Cowin

                                       Jackie Cowin

JC/cmt
cc:   Donald M. Fleming, Esq.
339897/METG/0657