

**KOPELMAN AND PAIGE, P.C.**
*Attorneys at Law*

101 Arch Street
Boston, MA 02110
T: 617.556.0007
F: 617.654.1735
www.k-plaw.com

April 4, 2008

**Jackie Cowin**
jcowin@k-plaw.com

Honorable Leo T. Sorokin
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Thomas James Jadlowe, et al. v. Town of Dartmouth, et al.
       U.S. District Court C.A. No. 05-10516-LTS

Dear Judge Sorokin:

   Please consider this a further Status Report on settlement negotiations in the above-captioned matter. The parties continue to attempt to negotiate a settlement, and request that the Court continue to delay further action. I will report back to the Court on or before May 1, 2008 as to the status of negotiations.

   Thank you for your attention to this matter.

                                            Very truly yours,

                                            *Jackie Cowin*

                                            Jackie Cowin

JC/cmt
cc:   Donald M. Fleming, Esq.
342897/METG/0657