UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10516-MLW

| | |
|---|---|
| THOMAS JAMES JADLOWE, <br><br> Plaintiff <br><br> v. <br><br> TOWN OF DARTMOUTH, LEONARD GONSALVES, MICHAEL J. GAGNE, DONALD A. PERRY, SCOTT E. SILVIA, JOEL S. REED and JEANNE E. LENTINI, <br><br> Defendants | STIPULATION OF DISMISSAL WITH PREJUDICE |

Now come the plaintiff, Thomas James Jadlowe, and the municipal defendants, the Town of Dartmouth, Leonard Gonsalves, Michael J. Gagne, Donald A. Perry, Scott E. Silvia, and Joel S. Reed, and, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate and agree that the Complaint, and all claims therein, be dismissed with prejudice, without interest, costs, expenses or fees to any party, and waiving all rights of appeal.[1] This Stipulation does not apply to any action involving the parties that is pending in the Bristol County Superior Court.

PLAINTIFF

By his attorney,

Donald M. Fleming, Esq. BBO #171460
86 Church Street
Mattapoisett, MA 02739
508 758 6982

345968/METG/0657

MUNICIPAL DEFENDANTS,

By their attorneys,

Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110
(617) 556-0007

---

[1] Plaintiff's counsel verbally withdrew the claims against defendant Jeanne E. Lentini in open court. Ms. Lentini did not file an appearance in this matter.